UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jose L.R.F., | File No. 25-cv-4370 (ECT/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; Immigration and Customs Enforcement; David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and Sheriff Joel Brott, *Sheriff of Sherburne County*, | |
| Respondents. | |

The parties have filed a Stipulation, ECF No. 15, by which they stipulate to the following: (1) Petitioner Jose L.R.F. is a class member in *Maldonado Bautista et al v. Santacruz, et al.*, 5:25-cv-1873-SSS-BFM (C.D. Cal. Nov. 25, 2025). ECF No. 15 at 1. (2) On December 18, 2025, the court in *Maldanado* issued an order on class petitioners' motion for reconsideration or clarification. *Maldonado Bautista*, 5:25-cv-1873-SSM-BFM (Dec. 18, 2025) (ECF No. 92). In that order, the court granted "Petitioners' Application to clarify that the MSJ Order . . . granted classwide vacatur of the unlawful DHS policy." *Id.* at 6. The court further found "it appropriate to enter final judgment as to the claims

encompassed within the MSJ Order." *Id.* at 9.  (3) Respondents will provide Petitioner a bond hearing in Immigration Court within 7 days.

Based on the parties' Stipulation [ECF No. 15], **IT IS ORDERED THAT:**

1. Petitioner Jose L.R.F.'s Petition for Writ of Habeas Corpus [ECF No. 1], is **GRANTED IN PART**.

2. Within 7 days (to exclude federal holidays), Respondents must hold a bond hearing in accordance with 8 U.S.C. § 1226(a) to determine Petitioner's ongoing custody.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 19, 2025                              s/ Eric C. Tostrud
                                                       Eric C. Tostrud
                                                       United States District Court