# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Luis Ramirez Franco,

       Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood, Sheriff Joel Brott,

       Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-04370-ECT-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Petitioner Jose L.R.F.'s Petition for Writ of Habeas Corpus [ECF No. 1], is GRANTED IN PART.
2. Within 7 days (to exclude federal holidays), Respondents must hold a bond hearing in accordance with 8 U.S.C. § 1226(a) to determine Petitioner's ongoing custody.

Date: 12/22/2025                   KATE M. FOGARTY, CLERK